AUSA Gregg Sofer

**Western** District Of **Texas**

FILED
2012 MAR 22 PM 1:48
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

**UNITED STATES OF AMERICA**
V.
Jaime Alfonso Lopez-Rangel

**CRIMINAL COMPLAINT**

CASE NUMBER: A 12-M-208

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **March 6, 2012**, in Bastrop County, in the Western District of Texas defendant(s),

**Jaime Alfonso Lopez-Rangel**, an alien, was found in the United States in the Western District of Texas after being previously removed from the United States to **Mexico** on or about **November 4, 2010**, at Laredo, Texas, and who had not thereafter obtained the consent of the Attorney General of the United States or the Secretary for Homeland Security to reapply for admission to the United States

in violation of Title **8** United States Code, Section(s) **1326**. I further state that I am an **Immigration Enforcement Agent- Immigration and Customs Enforcement (ICE)** and that this complaint is based on the following facts:

On or about **March 6, 2012**, Defendant, **Jaime Alfonso Lopez-Rangel**, an alien, was found in the Bastrop County Jail, Austin, Texas, within the Western District of Texas. Immigration Enforcement Agent John H. Palmer lodged an Immigration detainer after receiving an Immigration Alien Response (IAR), a biometric fingerprint alert and subsequent queries identified the defendant as a previously removed alien. Lopez was released to ICE custody on March 22, 2012.

Investigation and records of the Immigration and Customs Enforcement establish that the defendant is an alen who was previously removed from the United States to **Mexico** on or about **November 4, 2010**, at Laredo, Texas, and that he unlawfully and illegally reentered the United States without having obtained permission from the Attorney General of the United States or the Secretary for Homeland Security to reapply for admission.

Continued on the attached sheet and made a part hereof: ☐ Yes  X No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

March 22, 2012                              at        Austin, Texas
_____                            _____
Date                                                City and State

Dennis G. Green
U.S. Magistrate Judge
_____                            _____
Name & Title of Judicial Officer                    Signature of Judicial Officer